UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2018-CIV-62311-COOKE/HUNT

FRANK DELGADO,

      Plaintiff,

v.

PIKE ELECTRIC, LLC,

      Defendant.

_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Pike Electric, LLC, pursuant to Fed. R. Civ. P. 7.1, hereby submits the following Corporate Disclosure Statement and states:

The sole member of Pike Electric, LLC is Pike Enterprises, LLC.  There is no publicly held corporation that owns more than 10% of Pike Electric, LLC.

Dated: September 28, 2018

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone: 305.374.0506
Facsimile: 305.374.0456


*s/* Paul J. De Boe
Christopher P. Hammon
Florida Bar No. 176753
chris.hammon@ogletreedeakins.com
Paul J. De Boe
Florida Bar No. 52051
paul.deboe@ogletreedeakins.com

*Counsel for Defendant, Pike Electric, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2018, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record or *pro se* parties identified on the attached

Service List in the manner specified, either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

                                        *s/* Paul J. De Boe
                                        Paul J. De Boe

3

## SERVICE LIST

*Frank Delgado v. Pike Electric, LLC*
*United States District Court, Southern District of Florida*
*Case No. 2018-CIV-62311-COOKE/HUNT*

Jason S. Remer, Esq.
jremer@rgpattorneys.com
Brody M. Schulman, Esq.
bschulman@rgpattorneys.com
Miriam Colmenarez, Esq.
mcolmenarez@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305.416.5000
Facsimile: 305.416.5005

*Counsel for Plaintiff, Frank Delgado*

Method of Service:  CM/ECF


Christopher P. Hammon
chris.hammon@ogletreedeakins.com
Paul J. De Boe
paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant, Pike Electric, LLC*

35761508.1

4